JESSE COLLINS V. THE STATE.

No. 9599. Delivered December 9, 1925.

**Theft, a Misdemeanor—No Statement of Facts—No Bills of Exception.**

This case is before us without either a statement of facts, or bills of exception. Under a charge of felony theft, the jury returned a ver-

dict of a misdemeanor theft. No error appearing the judgment is affirmed.

Appeal from the Criminal District Court of Travis County. Tried below before the Hon. Jas. R. Hamilton, Judge.

Appeal from a conviction of misdemeanor theft, penalty ten months and fifteen days in jail.

*Shelton & Shelton*, of Austin, for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

LATTIMORE, JUDGE.—Appellant was convicted in the Criminal District Court of misdemeanor theft and given a penalty of ten months and fifteen days in the county jail.

The record is before us without statement of facts or bills of exception. Appellant was on trial for a felony but under the evidence the court correctly submitted the issue of misdemeanor theft of which accused was convicted.

No error appearing in the record, the judgment will be affirmed.

*Affirmed.*